IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 12-81033-PWB |
| | ) | |
| STEELEY H. HUMPHREY, JR., | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |

MOTION TO SELL PROPERTY OF THE ESTATE
FREE AND CLEAR OF LIENS AND ALLOWING AND AUTHORIZING
DISBURSEMENT OF CERTAIN PROCEEDS

COMES NOW Neil C. Gordon, the Chapter 7 Trustee of the Estate of Steeley H. Humphrey, Jr. ("Trustee") and pursuant to 11 U.S.C. §§ 363(b) and Fed. R. Bankr. P. 2002(a)(2), 6004(a), 6004(c) and 9014, and through undersigned counsel, files this *Motion to Sell Property of the Estate Free and Clear of Liens and Allowing and Authorizing Disbursement of Certain Proceeds* ("Sale Motion"), other than in the ordinary course of business and shows the Court as follows:

BACKGROUND

1.      Steeley H. Humphrey, Jr. ("Debtor") filed a petition for relief under chapter 7 of the Bankruptcy Code on December 17, 2012.

2.      On December 20, 2012, Trustee was appointed the interim Chapter 7 Trustee for the Debtor's estate and became the permanent Trustee at the conclusion of the Meeting of Creditors held on February 19, 2013, pursuant to section 341(a) of the Bankruptcy Code ("341 Meeting").

3.      Trustee currently retains possession and title to a) Rolex Oyster Perpetual Day/Date Watch and (b) Rolex Oyster Perpetual Day-Date Submariner Watch - 1000 ft. Superlative Chronometer Officially Certified (platinum with black alligator leather band) (the

6272452v1

"Personal Property").

4. Trustee moves for authority to sell the Personal Property through Judith Friedman and Atlanta Antique & Estate Liquidators, Inc. ("AAELI").

5. AAELI will run an estate sale liquidation of the Personal Property of the Debtor beginning on April 8, 2014, and concluding on April 20, 2014 at 36 Brookhaven Drive, Atlanta Georgia 30318, DeKalb County. These dates and times are subject to change.

WHEREFORE, Trustee prays this Court:

a) approve Trustee's proposed sale of the Personal Property, following Notice to all creditors and parties in interest of the Sale Motion, the date of the Hearing, and the deadline for any objection;

b) approve Trustee's proposed sale of the Personal Property;

c) Fed.R.Bankr.P.6004(g) shall not apply and any Order entered shall be effective immediately so that the Trustee may proceed instanter with the sale; and

d) grant such other and further relief as is just and proper.

Respectfully submitted,

ARNALL GOLDEN GREGORY, LLP

By:/s/ Neil C. Gordon
NEIL C. GORDON, State Bar No. 302387
171 17th Street NW, Suite 2100
Atlanta, Georgia 30363-1031
(404) 873-8500
neil.gordon@agg.com

Attorneys for Chapter 7 Trustee

6272452v1

## CERTIFICATE SERVICE

This is to certify that I have mailed a copy of the Trustee's *Motion to Sell Property of the Estate Free and Clear of Liens and Allowing and Authorizing Disbursement of Certain Proceeds* by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage affixed thereon to assure delivery to:

Office of the United States Trustee
362 Richard B. Russell Building
75 Spring Street, S.W.
Atlanta, GA 30303

Theodore N. Stapleton
Theodore N. Stapleton, P.C.
Suite 1740, Two Paces West
2727 Paces Ferry Road
Atlanta, GA 30339

Judith Friedman
Atlanta Antique & Estate Liquidators, Inc.
6171 Dove Field Court
Norcross, GA 30092

This 10th day of March, 2014.

/s/ Neil C. Gordon
Neil C. Gordon

6272452v1

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO. 12-81033-PWB |
| ) | |
| STEELEY H. HUMPHREY, JR., ) | CHAPTER 7 |
| ) | |
| Debtor. ) | |
| _____ ) | |

NOTICE OF HEARING ON TRUSTEE'S MOTION FOR ORDER
AUTHORIZING SALE OF PERSONAL PROPERTY
OF THE ESTATE FREE AND CLEAR OF LIENS

TO:   The Debtor, United States Trustee, all Creditors and all Parties Requesting Notice Pursuant to Federal Rules of Bankruptcy Procedure 2002

**NOTICE IS HEREBY GIVEN**, pursuant to Fed. R. Bankr. P. 2002(a)(2), 6004(a), 6004(c) and 9014, that Neil C. Gordon, Trustee of the bankruptcy estate of Steeley H. Humphrey, Jr. (the "Trustee") has filed his *Motion to Sell Property of the Estate Free and Clear of Liens and Allowing and Authorizing Disbursement of Certain Proceeds* (the "Motion"), pursuant to 11 U.S.C. §§ 363(b). The Trustee seeks authorization for Judith Friedman and Atlanta Antiques & Estate Liquidators, Inc. to sell certain personal property of the Debtor including a) Rolex Oyster Perpetual Day/Date Watch and (b) Rolex Oyster Perpetual Day-Date Submariner Watch - 1000 ft. Superlative Chronometer Officially Certified (platinum with black alligator leather band) (the "Personal Property") at an estate sale liquidation beginning on April 8, 2014, and concluding on April 20, 2014 at 36 Brookhaven Drive, Atlanta Georgia 30318, DeKalb County, Georgia. The Motion is available for review in the Clerk's Office, United States Bankruptcy Court, during normal business hours or online at http://ecf.ganb.uscourts.gov (registered users) or at http://pacer.psc.uscourts.gov (unregistered users).

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion in **Courtroom 1401 Richard B. Russell Building, 75 Spring Street, S.W., Atlanta, Georgia at 30303, at 10:00 a.m. on April 8, 2014.**

The Trustee believes that the proposed sale is in the best interest of the bankruptcy estate because it avoids delay and uncertainty of an auction or other public sale and provides for the expeditious liquidation of an asset that must be sold and will generate a net return to the estate of no less than could otherwise be obtained by the Trustee.

Your rights may be affected by the Court's ruling on the Motion. You should read the Motion carefully and discuss it with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.). If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the Motion with the Clerk at the address stated below, but you are not required to do so. If you file a written

6272452v1

response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two (2) business days before the hearing. The address of the Clerk's Office is: Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Spring, S.W., Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: March 10, 2014

ARNALL GOLDEN GREGORY LLP
/s/ Neil C. Gordon
Neil C. Gordon, GA Bar No. 302387
171 17th Street, NW, Suite 2100
Atlanta, Georgia 30363-1031
Phone: 404-873-8500
Fax: 404-873-8501
E-Mail: neil.gordon@agg.com
Attorneys for Chapter 7 Trustee

## Certificate Service

I, Neil C. Gordon, certify that I am over the age of 18 and that on March 10, 2014, I served a copy of this Notice of Hearing by first class U.S. Mail, with adequate postage prepaid, to the following persons or entities at the addresses stated below and on Exhibit "A," attached:

Office of the U.S. Trustee
362 Richard B. Russell Building
75 Spring Street, SW
Atlanta, GA 30303

Theodore N. Stapleton
Theodore N. Stapleton, P.C.
Suite 1740, Two Paces West

2727 Paces Ferry Road
Atlanta, Georgia 30339

Judith Friedman
Atlanta Antique & Estate Liquidators, Inc.
6171 Dove Field Court
Norcross, GA 30092

This 10th day of March, 2014.

/s/ Neil C. Gordon
Neil C. Gordon

6272452v1

```
Label Matrix for local noticing          ARSI                                      Admirals Bank
113E-1                                   555 St Charles Drive                      815 Reservoir Ave
Case 12-81033-pwb                        Suite 100                                 Cranston, RI  02910-4442
Northern District of Georgia             Thousand Oaks, CA 91360-3983
Atlanta
Mon Mar 10 13:33:51 EDT 2014

American Express                         American Express Bank, FSB                American Express Centurion Bank
P.O. Box 650448                          c o Becket and Lee LLP                    c o Becket and Lee LLP
Dallas, TX 75265-0448                    POB 3001                                  POB 3001
                                         Malvern, PA 19355-0701                    Malvern, PA 19355-0701


Arnall Golden Gregory LLP                Atlanta Antiques & Estates Liquidators, Inc.   Bank of America
171 17th Street, N. W.                   6171 Dove Field Court                     P.O. Box 851001
Suite 2100                               Norcross, GA 30092-1309                   Dallas, TX  75285-1001
Atlanta, GA 30363-1031


Chase Fidelity Bank                      Chase- Cardmember Services                Credit Northeast, Inc.
P.O. Box 15153                           PO Box 15548                              815 Reservoir Avenue
Wilmington, DE 19886-5153                Wilmington, DE  19886-5548                Cranston, RI  02910-4442



Frank W. DeBorde                         Delany DeMerchant & Heitke, LL            Domestic Bank
Morris, Manning & Martin, LLP            91 Friendship Street                      200 Park Row West
1600 Atlanta Financial Center            Providence, RI 02903-3837                 Providence, RI 02908
3343 Peachtree Rd., N.E.
Atlanta, GA 30326-1085

Ebay, Inc                                Everyone.net                              FIA Card Services
c/o I.C. Systems                         2635 N. 1st Street                        PO Box 851001
PO 64887; 444 Hwy 96 East                Suite128                                  Dallas, TX  75285-1001
Saint Paul, MN  55164-0887               San Jose, CA 95134-2026



Fidelity Bank                            First Citizens Bank and Trust Company, Inc.   First Citizens Bank and Trust Company, Inc.
One Securities Centre                    c/o Morris, Manning & Martin, LLP         c/o Frank W. DeBorde
1040 Piedmont Road                       1600 Atlanta Financial Center             1600 Atlanta Financial Center
Atlanta, GA 30309                        3343 Peachtree Road, N.E.                 3343 Peachtree Rd NE
                                         Atlanta, GA 30326-1085                    Atlanta, GA  30326-1044

(p)GEORGIA DEPARTMENT OF REVENUE         Georgian Bank/First Citizens              Neil C. Gordon
COMPLIANCE DIVISION                      11575 Haynes Bridge Road                  Arnall Golden Gregory LLP
ARCS BANKRUPTCY                          Alpharetta, GA 30009-4824                 Suite 2100
1800 CENTURY BLVD NE SUITE 9100                                                    171 17th Street, NW
ATLANTA GA 30345-3202                                                              Atlanta, GA 30363-1031


Neil C. Gordon                           Greg Hecht, Esq.                          HH Builders
Arnall, Golden & Gregory, LLP            3340 Peachtree St.                        PO Box  2985
Suite 2100                               Suite 1530                                Suwanee, GA 30024-0987
171 17th Street, NW                      Atlanta, GA 30326-1011
Atlanta, GA 30363-1031


Habif Arrogeti                           Hilton Walt Disney                        Steeley H. Humphrey Jr.
Five Concourse Pkwy                      1751 Hotel Plaza Blvd.                    PO Box 2985
Suite 1000                               Orlando, FL 32830-8430                    Suwanee, GA 30024-0987
Atlanta, GA 30328-6132
```


EXHIBIT A

| | | |
|---|---|---|
| I&G Peachtree Corners, LLC<br>6525 The Corners Parkway<br>Norcross, GA 30092-3349 | Internal Revenue Service<br>401 West Peachtree St NW<br>Room 400<br>Atlanta, GA  30308 | Kasowitz, Benson, Torres & Friedman LLP<br>1349 W. Peachtree Street N.W., Suite 150<br>Atlanta, Georgia 30309-2929 |
| Kasowitz, Benson, Torres et al<br>Ste 1500; Two Midtown Plaza<br>1349 West Peachtree Street, NW<br>Atlanta, GA 30309-2917 | Macy's<br>PO Box 8053<br>Mason, OH 45040-8053 | Mandalay Bay<br>3950 Las Vegas Blvd. South<br>Las Vegas, NV 89119-1005 |
| Merritt Watson<br>200 Galleria Parkway SE<br>ste 500<br>Atlanta, GA 30339-3183 | Francis X. Moore<br>Frank X. Moore & Associates<br>1847 Peeler Road, Suite D<br>Atlanta, GA 30338-5733 | NCO Financial Systems<br>507 Prudential Road<br>Horsham, PA 19044-2368 |
| NES<br>29125 Solon Road<br>Solon, OH  44139-3442 | Norma Humphrey | Office of the United States Trustee<br>362 Richard Russell Building<br>75 Spring Street, SW<br>Atlanta, GA 30303-3315 |
| Phuc Quang Le<br>c/o Frank Francis X. Moore Esq<br>1847 Peeler Road, Suite D<br>Atlanta, GA 30338-5733 | William L. Rothschild<br>Ogier, Rothschild & Rosenfeld, PC<br>170 Mitchell Street, S.W.<br>Atlanta, GA 30303-3441 | Theodore N. Stapleton<br>Theodore N. Stapleton, P.C.<br>Suite 100-B<br>2802 Paces Ferry Road<br>Atlanta, GA 30339-3714 |
| Stonebridge Accounting Strategies Inc.<br>P.O. Box 1290<br>Grayston, GA 30017-0025 | U. S. Attorney<br>600 Richard B. Russell Bldg.<br>75 Spring Street, SW<br>Atlanta GA 30303-3315 | U.S. Motivation<br>7840 Roswell Road<br>#300<br>Atlanta, GA 30350-4886 |
| United Recovery Systems<br>5800 North Course Drive<br>Houston, TX 77072-1613 | Mark C. Walker<br>Hecht, Mack, Harris & Walker<br>Suite B<br>205 Corporate Center Drive<br>Stockbridge, GA 30281-7383 | Windham Brannon, PC<br>3630 Peachtree Road, NE<br>Suite 600<br>Atlanta, GA 30326-1550 |
| World Money Group<br>PO Box 160<br>Duluth, GA 30096-0003 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Georgia Department Revenue<br>1800 Century Blvd. NE<br>Ste 12000<br>Atlanta, GA  30345-3205 | (d)Georgia Department of Revenue<br>Compliance Division<br>1800 Century Blvd NE Suite 9100<br>Atlanta GA 30345 |